NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOWMEDICA OSTEONICS CORP.,**
*Plaintiff-Appellant,*

v.

**ZIMMER, INC. and CENTERPULSE
ORTHOPEDICS, INC. (formerly known as Sulzer
Orthopedics, Inc.),**
*Defendants-Appellees,*

**and**

**SMITH & NEPHEW, INC.,**
*Defendant-Appellee.*

---

2010-1162

---

Appeal from the United States District Court for the District of New Jersey in case no. 05-CV-0897, Senior Judge William H. Walls.

---

**ON MOTION**

---

**O R D E R**

Zimmer, Inc. and Centerpulse Orthopedics, Inc. move for leave to file a six-page sur-reply brief. Howmedica Osteonics Corp. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a sur-reply brief is deferred to the merits panel assigned to hear this case. Copies of the motion, opposition, and this order shall be transmitted to the merits panel.

FOR THE COURT

JUL 14 2010                          /s/ Jan Horbaly
        Date                          Jan Horbaly
                                      Clerk

cc:  Gregory J. Vogler, Esq.
     Gregory N. Stillman, Esq.
     David K. Callahan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 14 2010

JAN HORBALY
CLERK